151 A.3d 96

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-NENCY, PLAINTIFF-RESPONDENT, v. T.E., DEFENDANT-PE-TITIONER, AND C.E., DEFENDANT.IN THE MATTER OF CA. E., CU.E., CH.E., AND CE.E., MINORS-RESPONDENTS.

September 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-1004/1005-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.